UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHAKEITA MCMEANS,

    Plaintiff,

v.                                        Case No. 3:22cv4662-TKW-HTC

UNITED STATES COURT HOUSE,
SUWANNEE CORRECTIONAL
INSTITUTION,

    Defendants.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 4), which recommends that this case be transferred to the United States District Court for the Middle District of Florida. Plaintiff filed a response (Doc. 5) stating that she "is willing to be transferred on the behave of this case" [sic]. The Court construes this statement as an agreement with the magistrate judge's recommendation, and upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be transferred to the proper venue.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Clerk shall **TRANSFER** this case to the Jacksonville Division of the United States District Court for the Middle District of Florida.

3. The Clerk shall close the case file in this Court.

**DONE and ORDERED** this 15th day of April, 2022.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:22cv4662-TKW-HTC